[No. 57929-1-I.   Division One.   May 14, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KAREN MARIE WHITING, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-01242-3, Steven J. Mura, J., entered February 23, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57961-4-I.   Division One.   May 14, 2007.]

HOWARD CONINE ET AL., *Appellants*, v. SNOHOMISH COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-07415-7, Ronald L. Castleberry, J., entered March 10, 2006. *Reversed* and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Becker and Dwyer, JJ.

[No. 58006-0-I.   Division One.   May 14, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. PONCIANO SALCEDO AUSTRIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-12362-0, Andrea A. Darvis, J., entered March 20, 2006. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ellington and Dwyer, JJ.